**UNITED STATES of America, Plaintiff–Appellant**

v.

**SAFETY NATIONAL CASUALTY CORP.; AAA Bonding Agency, Inc., Defendants–Appellees.**

**No. 11–20727**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 2, 2012.

Charles Wylie Scarborough, Marcus Scott Sacks, U.S. Department of Justice, Washington, DC, Elizabeth Frances Karpati, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellant.

Nick J. Digiovanni, Esq., Locke, Lord, Bissell & Liddell, L.L.P., Chicago, IL, Neale Andersen Shields, Locke, Lord, Bissell & Liddell, L.L.P., Alan Neil Magenheim, Attorney, Magenheim & Associates, Gerald Walter Guerinot, Houston, TX, for Defendants–Appellees.

---

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

This case is remanded to the district court for its decision applying this court's decisions in *AAA Bonding Agency, et al. v. U.S. Dep't of Homeland Security*, 447 Fed. Appx. 603 (5th Cir.2011).

REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

